**In re LUND, LLC.**

**No. 2010–1490.**
**Reexamination No. 90/008,240.**

United States Court of Appeals,
Federal Circuit.

April 20, 2011.

Jimmy Mark Gilbreth, Gilbreth Roebuck, PC, of Bellaire, TX, argued for appellant.

Robert J. McManus, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Alexandria, VA, argued for the Director of the United States Patent and Trademark Office. With him on the brief were Raymond T. Chen, Solicitor, and Joseph G. Piccolo, Associate Solicitor.

NEWMAN, LOURIE, and LINN, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**